UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS WILLIAMS,

       Plaintiff,                    Case No. 05-70432

v.                                 District Judge Paul D. Borman
                                      Magistrate Judge R. Steven Whalen

CORRECTIONS OFFICER
DEBORAH A. RIES, INSPECTOR
CYNTHIA M. ACKER, RESIDENT
UNIT MANAGERS TERRI HUFFMAN,
and PENNY LANDRUM, GREIVANCE
COORDINATOR LARRY McMILLIAN,
and WARDEN SHERRY L. BURT,

       Defendants.
_____/

**ORDER**

      Defendants have moved for a protective order staying discovery until dispositive motions have been decided. Given that on February 8, 2006, the undersigned filed a Report and Recommendation that Plaintiff's Complaint be dismissed for failure to exhaust administrative remedies as required by 42 U.S.C. §1997e(a), Defendants' motion to stay discovery [Docket #29] is GRANTED.

      SO ORDERED.

                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: February 15, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 15, 2006.

                        S/Gina Wilson
                        Judicial Assistant