**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CARLOS WILLIAMS,

        Plaintiff,

v.

CORRECTIONS OFFICER DEBORAH A. REIS, INSPECTOR CYNTHIA M. ACKER, RESIDENT UNTIL MANAGERS TERRI HUFFMAN and PENNY LANDRUM, GRIEVANCE COORDINATOR LARRY McMILLIAN, and WARDEN SHERRY L. BURT,

        Defendant.

Civil Case Number: 05-70432

DIST. JUDGE PAUL D. BORMAN
MAG. JUDGE R. STEVEN WHALEN

_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE**

    Before the Court is the Magistrate Judge's February 8, 2006 Report and Recommendation in favor of granting Defendants' Motion to Dismiss. Having reviewed that Report and Recommendation and Plaintiff's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendants' Motion to Dismiss without prejudice.

    **SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 8, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 8, 2006.

s/Jonie Parker
Case Manager